HESSIAN HILLS COUNTRY CLUB, INC., et al., Appellants,
    *v.* HOME INSURANCE COMPANY, Respondent.

HESSIAN HILLS COUNTRY CLUB, INC., et al., Appellants,
    *v.* HARTFORD FIRE INSURANCE COMPANY et al.,
Respondents.

Argued April 30, 1937; decided May 25, 1937.

*Alfred B. Nathan* and *Milton J. Gordon* for appellants.
*Harry A. Gair* and *Benjamin H. Siff* for respondents.

In each case: appeal dismissed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS,
LOUGHRAN, FINCH and RIPPEY, JJ.